```
             IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF GEORGIA
                       ATLANTA DIVISION
```

UNITED STATES OF AMERICA,

                                     CRIMINAL CASE NO.

v.

                                     1:13-cr-382-01-JEC-LTW

DAVID ROMERO-NIETO,

    Defendant.

## ORDER

This case is before the Court on the Magistrate Judge's Report and Recommendation [67] recommending accepting defendant's plea of guilty tendered on March 24, 2014. No objections to the Report and Recommendation [67] have been filed.

It is hereby Ordered that the Court **ADOPTS** the Magistrate Judge's Report and Recommendation [67] and **ACCEPTS** the defendant's plea of guilty as to Count One of the Indictment.

SO ORDERED, this 18th day of June, 2014.

                                      /s/ Julie E. Carnes
                                      JULIE E. CARNES
                                      CHIEF UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)